**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX
ADMINISTRATION OF THE KINGDOM
OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to: 1:18-cv-10119-
LAK; l :18-cv-10122-LAK; 1:18-cv-10123-
LAK; 1:18-cv-10124-LAK; 1:18-cv-10125-
LAK; 1:18-cv-10126-LAK;

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

## STIPULATION AND [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL AND AMENDED NOTICE OF APPEARANCE

Notice is hereby given that, subject to approval of the Court and pursuant to Local Civil

Rule 1.4, Courtney Jones Kieffer and Elizabeth Fitzgerald Griffin and the firm Clark Hill

Strasburger are relieved as counsel for Plaintiff Skatteforvaltningen ("Plaintiff" or "SKAT")

in the following actions:

1:18-cv-10119-LAK Customs and Tax Administration of the Kingdom of Denmark v.
Blackrain Pegasus LLC Solo 401K Plan, et al (Transferee Court SD Texas 4:18-01889)

1:18-cv-10122-LAK Customs and Tax Administration of the Kingdom of Denmark v.
Gyos 23 LLC Solo 401k Plan, et al (Transferee Court SD Texas 4:18-01895)

1:18-cv-10123-LAK Customs and Tax Administration of the Kingdom of Denmark v.
The Oak Tree One 401k Plan, et al (Transferee Court SD Texas 4:18-01897)

1:18-cv-10124-LAK Customs and Tax Administration of the Kingdom of Denmark v.
The Joanne E. Bradley Solo 401k Plan, et al (Transferee Court SD Texas 4:18-01898)

1:18-cv-10125-LAK Customs and Tax Administration of the Kingdom of Denmark v.
Delgado Fox LLC Solo 401k Plan, et al (Transferee Court SD Texas 4:18-01899)

1:18-cv-10126-LAK Customs and Tax Administration of the Kingdom of Denmark v.
Pegasus Fox 23 LLC Solo 401k Plan, et al (Transferee Court SD Texas 4:18-01900)

## <u>AMENDED NOTICE OF APPEARANCE</u>

Michael A. Walsh, formerly a Member of Clark Hill Strasburger, has changed firms and

his new firm, Parsons McEntire McCleary PLLC, will serve as Texas counsel for SKAT in

the above referenced actions and copies of all correspondence, notices, pleadings, or

discovery should be served to the following:

**AMENDED NOTICE OF APPEARANCE:**

PARSONS MCENTIRE MCCLEARY PLLC

/s/ *Michael A. Walsh*
**MICHAEL A. WALSH**
mwalsh@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 237-4331
Facsimile: (214) 237-4340

**CONSENT TO BEING RELIEVED AS COUNSEL:**

CLARK HILL STRASBURGER

*/s/ Courtney Jones Kieffer*
**COURTNEY JONES KIEFFER**
courtney.kieffer@clarkhillstrasburger.com
**ELIZABETH F. GRIFFIN**
elizabeth.griffin@clarkhillstrasburger.com
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

The substitution of counsel is hereby approved and is SO ORDERED:

Dated:                                                    _____
                                                          **HON. LEWIS A. KAPLAN, U.S.D.J.**